UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GONZALEZ, | Case No. 1:21-cv-01271-AWI-HBK |
| Plaintiff, | ORDER SETTING DEADLINES FOR DISCOVERY AND TO FILE JOINT PROPROSED AMENDED DATES FOR CASE MANAGEMENT AND SCHEDULING ORDER |
| v. | |
| PERFORMIX LLC, | |
| Defendant. | |

A Telephonic Status Conference was held on October 6, 2022. Counsel for Plaintiff, Lawrence Fisher and Counsel for Defendant, Ricky Shackelford appeared. (Doc. No. 16). During the telephonic conference, Defendant acknowledged that responses to discovery propounded by Plaintiff remained overdue and agreed to provide responses within three weeks. The parties also discussed the need to modify the deadlines in the Court's Case Management and Scheduling Order (Doc. No. 13), and agreed to discuss whether participation in a settlement conference or in the Court's VDRP program would be beneficial.

Accordingly, it is **ORDERED**:

1. If Defendant has not already done so, Defendant shall file a response to Plaintiff's outstanding discovery no later than November 25, 2022.

2. To the extent the parties believe a modification to the Case Management and

Scheduling Order is necessary, the parties shall file a joint motion with proposed revised dates no later than December 16, 2022.

    3.    On or before December 16, 2022, the parties shall advise the Court whether the parties are interested in engaging in a settlement conference before a U.S. Magistrate Judge or participating in the Court's VDRP program.  *See* Local Rules 270, 271.

Dated:  November 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE