UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERFORMIX LLC,<br><br>Defendant. | Case No. 1:21-cv-01271-AWI-HBK<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND CLASS CERTIFICATION DEADLINES<br><br>(Doc. No. 18) |

Pending before the Court is the parties' joint stipulated motion to extend the deadlines in the Court's Case Management and Scheduling Order filed December 16, 2022. (Doc. No. 18). Specifically, the parties seek to amend the briefing deadlines related to the class certification issue.

Accordingly, it is **ORDERED**:

1. The Parties' Joint Stipulated Motion to Extend Class Certification Deadlines (Doc. No. 18) is GRANTED. The Court modifies the following deadlines in the Court's Case Management and Scheduling Order (Doc. No. 13):

- Deadline for Plaintiff to file motion for class certification: **May 17, 2023**
- Deadline for Defendant to file its class certification opposition: **July 19, 2023.**

- Deadline for Plaintiff to file class certification reply: **August 23, 2023**.

2. The Court will schedule this case for a settlement conference with a United States Magistrate Judge by separate order.

Dated:   January 7, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE