1
2
3
4
5

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jsmith@bursor.com

6  *Attorneys for Plaintiff*

7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

13

14  VANESSA GONZALEZ, individually and on behalf of all others similarly situated,

15                                   Plaintiff,

16
17        v.

18  PERFORMIX LLC,

19                                   Defendant.

Case No.  1:21-cv-01271-AWI-HBK

**NOTICE OF SETTLEMENT**

20
21
22
23
24
25
26
27
28

Plaintiff Vanessa Gonzalez and Defendant Performix LLC respectfully submit this Notice of Settlement. The parties have reached a settlement of this matter and anticipate filing a stipulation of dismissal on or before April 10, 2023. The parties also request that the Court vacate the April 10, 2023 settlement conference and other deadlines in this matter.

Dated: March 13, 2023                     Respectfully submitted,

**BURSOR & FISHER, P.A.**


By:        /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
              jsmith@bursor.com

*Attorneys for Plaintiff*

**GREENBERG TAURIG, LLP**


By: /s/ Rick L. Shackelford (as authorized 3/13/2023)

RICK L. SHACKELFORD (SBN 151262)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: ShackelfordR@gtlaw.com

*Attorneys for Defendant Performix LLC*