**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email:  ltfisher@bursor.com
        jsmith@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>PERFORMIX LLC,<br><br>                              Defendant. | Case No.: 1:21-cv-01271-AWI-HBK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this action is dismissed in its entirety without prejudice.

Dated: April 5, 2023    **BURSOR & FISHER, P.A**.

By:   */s/ Joel D. Smith*

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email:  ltfisher@bursor.com
         jsmith@bursor.com

*Attorneys for Plaintiff*

Dated: April 5, 2023    **GREENBERG TRAURIG, LLP**

By:   */s/ Rick L. Shackelford*

Rick L. Shackelford (SBN 151262)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: ShackelfordR@gtlaw.com

*Attorneys for Defendant*

**ATTESTATION OF FILER**

I, Joel D. Smith, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 131(e).  I hereby attest that the concurrence of the filing of this document has been obtained from each of the signatories indicated by a conformed signature (/s/) within this document.

DATED: April 5, 2023        */s/  Joel D. Smith*
                             Joel D. Smith